**Garcia Sugar Corporation, appellee, v. See-Moon & Company, appellant. Gen. No. 28,848.**

First-class action in assumpsit for sugar sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and judgment here. Opinion filed May 27, 1924. Rehearing denied June 9, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Peden, Graydon, Kahn & Murphy, for appellant; Charles N. Goodnow, Harry A. Kahn and Irving Goldstein, of counsel. Sonnenschein, Berkson, Lautmann & Levinson, for appellee; Henry S. Moser, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Lev (Lion) Homestead Association, complainant and appellee, v. Minnie R. Taylor and Calvin F. Taylor, defendants. Minnie R. Taylor, appellant. Gen. No. 28,860.**

Bill to foreclose mortgage. Decree of foreclosure granted. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

Ernest J. Batten, for appellant. Arthur H. Chetlain and Q. J. Chott, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Anna Jensen, appellant, v. William R. Henriksen, appellee. Gen. No. 28,921.**

Forcible detainer for possession of store. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed with judgment here and remanded with directions. Opinion filed May 27, 1924.

Herman V. Silvertrust, for appellant. Einar C. Howard, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.